# United States Bankruptcy Court
## Southern District of Georgia

In re __Barbara M Clark_____
Debtor(s)

Case No. _____
Chapter __13__

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1 __Barbara M Clark__

   Employer __Koyo Bearings North America LLC__

   Dates of Pay Advices: From __9/10/2021__ To __12/3/2021__

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ The Debtor 1 was not employed.

   ☐ The Debtor 1's source of income was from Social Security.

   ☐ The Debtor 1 was self-employed.

2. Debtor 2 (Spouse) _____

   Employer _____

   Dates of Pay Advices: From _____ To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ Debtor 2 was not employed.

   ☐ Debtor 2's source of income was from Social Security.

   ☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

_/s/ Kimberly S. Ward_  12-13-2021     _/s/ Barbara M. Clark_  12/13/21
Signature of Attorney for Debtor(s)   Date     Signature of Debtor 1    Date

**Kimberly S. Ward 682042**
Name of Attorney                                Signature of Debtor 2 (if applicable)   Date



| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | Barbara M Clark | | Pay Date: | 9/10/2021 | |
| Employee #: | 3016643 | | Pay Period: | 8/22/2021 - 9/4/2021 | |
| Employee Address: | 1616 Ogeechee Road Sylvania, GA 30467 | | Deposit Advice #: | 421474423 | |
| | | | Pay Frequency: | Bi-Weekly | |
| Department: | QUALITY ASSURANCE - SYL (1194) | | Pay Rate: | 18.6800 | |
| Job Title: | SPC COORDINATOR | | Federal Filing Status: | Single | |
| | | | Federal Exemptions: | 9/$0.00 | |
| Employer Name: | KOYO BEARINGS NORTH AMERICA LLC | | State Filing Status: | A (GA) | |
| Employer Phone: | 864-448-5100 | | State Exemptions: | 2 (GA) | |
| Employer Address: | 7 RESEARCH DRIVE GREENVILLE, SC 29607 | | | | |

| | Current 8/22/2021 - 9/4/2021 | | | YTD As of 9/4/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.30 | | $1,502.81 | 1,285.90 | $24,418.06 |
| REGULAR | 80.00 | 18.6800 | $1,494.40 | 1,154.30 | $21,214.52 |
| OVERTIME | 0.30 | 28.0200 | $8.41 | 0.60 | $16.57 |
| HOLIDAY | | | | 40.00 | $736.24 |
| VACATION | | | | 91.00 | $1,660.43 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $763.23 |
| **Taxable Benefits** | | | $5.16 | | $92.88 |
| W2 GROUP LIFE | | | $5.16 | | $92.88 |
| **Memo Information** | | | $79.17 | | $1,292.09 |
| 401K/ROTH Match | | | $75.14 | | $1,219.55 |
| ER BASIC LIFE | | | $4.03 | | $72.54 |
| **Pre-Tax Deductions** | | | $105.20 | | $1,567.81 |
| 401K% | | | $105.20 | | $1,567.81 |
| **Taxes** | | | $178.92 | | $3,066.59 |
| Fed W/H | | | | | $157.84 |
| FICA EE | | | $93.50 | | $1,519.68 |
| Fed MWT EE | | | $21.87 | | $355.41 |
| GA W/H | | | $63.55 | | $1,033.66 |
| **Post-Tax Deductions** | | | $233.68 | | $3,895.05 |
| 401K LOAN | | | $55.30 | | $940.10 |
| OPT CHILD | | | $0.92 | | $15.64 |
| OPT EE LIFE | | | $41.91 | | $712.47 |
| VOL ADD | | | $3.67 | | $62.39 |
| UNITED WAY | | | $5.00 | | $85.00 |
| VB TERM LIFE | | | $73.86 | | $1,231.13 |
| VB ACCIDENT | | | $14.66 | | $234.56 |
| VB CRITICAL ILL | | | $38.36 | | $613.76 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $985.01 | | $15,888.61 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $285.01 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 45.00 Hours |
| Floater Balance: | 10.00 Hours |






| | | |
|---|---|---|
| Employee Name: | Barbara M Clark | Pay Date: 9/24/2021 |
| Employee #: | 3016643 | Pay Period: 9/5/2021 - 9/18/2021 |
| Employee Address: | 1616 Ogeechee Road Sylvania, GA 30467 | Deposit Advice #: 425003710 |
| | | Pay Frequency: Bi-Weekly |
| Department: | QUALITY ASSURANCE - SYL (1194) | Pay Rate: 18.6800 |
| Job Title: | SPC COORDINATOR | Federal Filing Status: Single |
| | | Federal Exemptions: 9/$0.00 |
| | | State Filing Status: A (GA) |
| | | State Exemptions: 2 (GA) |

| Employer Name: | KOYO BEARINGS NORTH AMERICA LLC |
|---|---|
| Employer Phone: | 864-448-5100 |
| Employer Address: | 7 RESEARCH DRIVE GREENVILLE, SC 29607 |

| | Current 9/5/2021 - 9/18/2021 | | | YTD As of 9/18/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $1,494.40 | 1,365.90 | $25,912.46 |
| REGULAR | 25.00 | 18.6800 | $467.00 | 1,179.30 | $21,681.52 |
| OVERTIME | | | | 0.60 | $16.57 |
| HOLIDAY | 10.00 | 18.6800 | $186.80 | 50.00 | $923.04 |
| HOL FOAT | 10.00 | 18.6800 | $186.80 | 10.00 | $186.80 |
| VACATION | 35.00 | 18.6800 | $653.80 | 126.00 | $2,314.23 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $763.23 |
| **Taxable Benefits** | | | $5.16 | | $98.04 |
| W2 GROUP LIFE | | | $5.16 | | $98.04 |
| **Memo Information** | | | $78.75 | | $1,370.84 |
| 401K/ROTH Match | | | $74.72 | | $1,294.27 |
| ER BASIC LIFE | | | $4.03 | | $76.57 |
| **Pre-Tax Deductions** | | | $104.61 | | $1,672.42 |
| 401K% | | | $104.61 | | $1,672.42 |
| **Taxes** | | | $177.82 | | $3,244.41 |
| Fed W/H | | | | | $157.84 |
| FICA EE | | | $92.97 | | $1,612.65 |
| Fed MWT EE | | | $21.74 | | $377.15 |
| GA W/H | | | $63.11 | | $1,096.77 |
| **Post-Tax Deductions** | | | $253.67 | | $4,148.72 |
| 401K LOAN | | | $55.30 | | $995.40 |
| OPT CHILD | | | $0.92 | | $16.56 |
| OPT EE LIFE | | | $41.91 | | $754.38 |
| VOL ADD | | | $3.67 | | $66.06 |
| UNITED WAY | | | $5.00 | | $90.00 |
| SAFETY 1 | | | $19.99 | | $19.99 |
| VB TERM LIFE | | | $73.86 | | $1,304.99 |
| VB ACCIDENT | | | $14.66 | | $249.22 |
| VB CRITICAL ILL | | | $38.36 | | $652.12 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $958.30 | | $16,846.91 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $258.30 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Vacation Balance: | 10.00 Hours | Vacation Taken: | 35.00 Hours |
| Floater Balance: | 0.00 Hours | Floater Taken: | 10.00 Hours |



Page 1 of 1



| Employer Name: | KOYO BEARINGS NORTH AMERICA LLC |
|---|---|
| Employer Phone: | 864-448-5100 |
| Employer Address: | 7 RESEARCH DRIVE GREENVILLE, SC 29607 |

| Employee Name: | Barbara M Clark |
|---|---|
| Employee #: | 3016643 |
| Employee Address: | 1616 Ogeechee Road Sylvania, GA 30467 |
| Department: | QUALITY ASSURANCE - SYL (1194) |
| Job Title: | SPC COORDINATOR |

| Pay Date: | 10/8/2021 |
|---|---|
| Pay Period: | 9/19/2021 - 10/2/2021 |
| Deposit Advice #: | 428468584 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 19.4000 |
| Federal Filing Status: | Single |
| Federal Exemptions: | 9/$0.00 |
| State Filing Status: | A (GA) |
| State Exemptions: | 2 (GA) |

|  | Current 9/19/2021 - 10/2/2021 |  |  | YTD As of 10/2/2021 |  |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 78.50 |  | $1,494.10 | 1,444.40 | $27,406.56 |
| REGULAR | 30.00 | 18.6800 | $560.40 | 1,247.80 | $22,988.82 |
| REGULAR | 38.50 | 19.4000 | $746.90 |  |  |
| OVERTIME |  |  |  | 0.60 | $16.57 |
| HOLIDAY |  |  |  | 50.00 | $923.04 |
| HOL FOAT |  |  |  | 10.00 | $186.80 |
| VACATION | 10.00 | 18.6800 | $186.80 | 136.00 | $2,501.03 |
| ATTENDANCE |  |  |  |  | $27.07 |
| SUCCESS SHARE |  |  |  |  | $763.23 |
| **Taxable Benefits** |  |  | $5.16 |  | $103.20 |
| W2 GROUP LIFE |  |  | $5.16 |  | $103.20 |
| **Memo Information** |  |  | $78.74 |  | $1,449.58 |
| 401K/ROTH Match |  |  | $74.71 |  | $1,368.98 |
| ER BASIC LIFE |  |  | $4.03 |  | $80.60 |
| **Pre-Tax Deductions** |  |  | $104.59 |  | $1,777.01 |
| 401K% |  |  | $104.59 |  | $1,777.01 |
| **Taxes** |  |  | $177.79 |  | $3,422.20 |
| Fed W/H |  |  |  |  | $157.84 |
| FICA EE |  |  | $92.96 |  | $1,705.61 |
| Fed MWT EE |  |  | $21.74 |  | $398.89 |
| GA W/H |  |  | $63.09 |  | $1,159.86 |
| **Post-Tax Deductions** |  |  | $233.68 |  | $4,382.40 |
| 401K LOAN |  |  | $55.30 |  | $1,050.70 |
| OPT CHILD |  |  | $0.92 |  | $17.48 |
| OPT EE LIFE |  |  | $41.91 |  | $796.29 |
| VOL ADD |  |  | $3.67 |  | $69.73 |
| UNITED WAY |  |  | $5.00 |  | $95.00 |
| SAFETY 1 |  |  |  |  | $19.99 |
| VB TERM LIFE |  |  | $73.86 |  | $1,378.85 |
| VB ACCIDENT |  |  | $14.66 |  | $263.88 |
| VB CRITICAL ILL |  |  | $38.36 |  | $690.48 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $978.04 |  | $17,824.95 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 |  |  |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 |  |  |
| Direct Deposit | 261287633 | XXXXXX3930 | $278.04 |  |  |

| Accruals & Balances |  |  |  |
|---|---|---|---|
| Vacation Balance: | 0.00 Hours | Vacation Taken: | 10.00 Hours |
| Floater Balance: | 0.00 Hours |  |  |





| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Barbara M Clark | | **Pay Date:** | 10/22/2021 | |
| **Employee #:** | 3016643 | | **Pay Period:** | 10/3/2021 - 10/16/2021 | |
| **Employee Address:** | 1616 Ogeechee Road Sylvania, GA 30467 | | **Deposit Advice #:** | 431870549 | |
| **Department:** | QUALITY ASSURANCE - SYL (1194) | | **Pay Frequency:** | Bi-Weekly | |
| | | | **Pay Rate:** | 19.4000 | |
| **Job Title:** | SPC COORDINATOR | | **Federal Filing Status:** | Single | |
| | | | **Federal Exemptions:** | 9/$0.00 | |
| | | | **State Filing Status:** | A (GA) | |
| | | | **State Exemptions:** | 2 (GA) | |
| **Employer Name:** | KOYO BEARINGS NORTH AMERICA LLC | | | | |
| **Employer Phone:** | 864-448-5100 | | | | |
| **Employer Address:** | 7 RESEARCH DRIVE GREENVILLE, SC 29607 | | | | |

| | Current 10/3/2021 - 10/16/2021 | | | YTD As of 10/16/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $1,552.00 | 1,524.40 | $28,958.56 |
| REGULAR | 80.00 | 19.4000 | $1,552.00 | 1,327.80 | $24,540.82 |
| OVERTIME | | | | 0.60 | $16.57 |
| HOLIDAY | | | | 50.00 | $923.04 |
| HOL FOAT | | | | 10.00 | $186.80 |
| VACATION | | | | 136.00 | $2,501.03 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $763.23 |
| **Taxable Benefits** | | | $5.16 | | $108.36 |
| W2 GROUP LIFE | | | $5.16 | | $108.36 |
| **Memo Information** | | | $81.63 | | $1,531.21 |
| 401K/ROTH Match | | | $77.60 | | $1,446.58 |
| ER BASIC LIFE | | | $4.03 | | $84.63 |
| **Pre-Tax Deductions** | | | $108.64 | | $1,885.65 |
| 401K% | | | $108.64 | | $1,885.65 |
| **Taxes** | | | $185.31 | | $3,607.51 |
| Fed W/H | | | | | $157.84 |
| FICA EE | | | $96.54 | | $1,802.15 |
| Fed MWT EE | | | $22.58 | | $421.47 |
| GA W/H | | | $66.19 | | $1,226.05 |
| **Post-Tax Deductions** | | | $233.68 | | $4,616.08 |
| 401K LOAN | | | $55.30 | | $1,106.00 |
| OPT CHILD | | | $0.92 | | $18.40 |
| OPT EE LIFE | | | $41.91 | | $838.20 |
| VOL ADD | | | $3.67 | | $73.40 |
| UNITED WAY | | | $5.00 | | $100.00 |
| SAFETY 1 | | | | | $19.99 |
| VB TERM LIFE | | | $73.86 | | $1,452.71 |
| VB ACCIDENT | | | $14.66 | | $278.54 |
| VB CRITICAL ILL | | | $38.36 | | $728.84 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,024.37 | | $18,849.32 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $324.37 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Floater Balance: | 0.00 Hours |



Page 1 of 1



| Employee Name: | Barbara M Clark | Pay Date: | 11/5/2021 |
| Employee #: | 3016643 | Pay Period: | 10/17/2021 - 10/30/2021 |
| Employee Address: | 1616 Ogeechee Road Sylvania, GA 30467 | Deposit Advice #: | 435286820 |
| Department: | QUALITY ASSURANCE - SYL (1194) | Pay Frequency: | Bi-Weekly |
| | | Pay Rate: | 19.4000 |
| Job Title: | SPC COORDINATOR | Federal Filing Status: | Single |
| | | Federal Exemptions: | 9/$0.00 |
| | | State Filing Status: | A (GA) |
| | | State Exemptions: | 2 (GA) |

| Employer Name: | KOYO BEARINGS NORTH AMERICA LLC |
| Employer Phone: | 864-448-5100 |
| Employer Address: | 7 RESEARCH DRIVE GREENVILLE, SC 29607 |

| | Current 10/17/2021 - 10/30/2021 | | | YTD As of 10/30/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.50 | | $1,566.55 | 1,604.90 | $30,525.11 |
| REGULAR | 80.00 | 19.4000 | $1,552.00 | 1,407.80 | $26,092.82 |
| OVERTIME | 0.50 | 29.1000 | $14.55 | 1.10 | $31.12 |
| HOLIDAY | | | | 50.00 | $923.04 |
| HOL FOAT | | | | 10.00 | $186.80 |
| VACATION | | | | 136.00 | $2,501.03 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $763.23 |
| **Taxable Benefits** | | | $5.16 | | $113.52 |
| W2 GROUP LIFE | | | $5.16 | | $113.52 |
| **Memo Information** | | | $82.36 | | $1,613.57 |
| 401K/ROTH Match | | | $78.33 | | $1,524.91 |
| ER BASIC LIFE | | | $4.03 | | $88.66 |
| **Pre-Tax Deductions** | | | $109.66 | | $1,995.31 |
| 401K% | | | $109.66 | | $1,995.31 |
| **Taxes** | | | $187.20 | | $3,794.71 |
| Fed W/H | | | | | $157.84 |
| FICA EE | | | $97.45 | | $1,899.60 |
| Fed MWT EE | | | $22.79 | | $444.26 |
| GA W/H | | | $66.96 | | $1,293.01 |
| **Post-Tax Deductions** | | | $302.31 | | $4,918.39 |
| 401K LOAN | | | $55.30 | | $1,161.30 |
| OPT CHILD | | | $0.92 | | $19.32 |
| OPT EE LIFE | | | $41.91 | | $880.11 |
| VOL ADD | | | $3.67 | | $77.07 |
| UNITED WAY | | | $5.00 | | $105.00 |
| SAFETY 1 | | | | | $19.99 |
| VB TERM LIFE | | | $73.86 | | $1,526.57 |
| VB ACCIDENT | | | $14.66 | | $293.20 |
| VB CRITICAL ILL | | | $38.36 | | $767.20 |
| VB EE PERKS | | | $68.63 | | $68.63 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | $967.38 | | $19,816.70 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $267.38 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Floater Balance: | 0.00 Hours |



Page 1 of 1

https://us61e2.dayforcehcm.com/MyDayforce/u/u8pXc1qWmkqP-xAG8ufdLw/Common/    12/8/2021



| Employee Name: | Barbara M Clark | Pay Date: | 11/19/2021 |
|---|---|---|---|
| Employee #: | 3016643 | Pay Period: | 10/31/2021 - 11/13/2021 |
| Employee Address: | 1616 Ogeechee Road Sylvania, GA 30467 | Deposit Advice #: | 438910173 |
| | | Pay Frequency: | Bi-Weekly |
| Department: | QUALITY ASSURANCE - SYL (1194) | Pay Rate: | 19.4000 |
| Job Title: | SPC COORDINATOR | Federal Filing Status: | Single |
| | | Federal Exemptions: | 9/$0.00 |
| | | State Filing Status: | A (GA) |
| | | State Exemptions: | 2 (GA) |

| Employer Name: | KOYO BEARINGS NORTH AMERICA LLC |
|---|---|
| Employer Phone: | 864-448-5100 |
| Employer Address: | 7 RESEARCH DRIVE GREENVILLE, SC 29607 |

| | Current 10/31/2021 - 11/13/2021 | | | YTD As of 11/13/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 78.00 | | $1,513.20 | 1,682.90 | $32,664.29 |
| REGULAR | 78.00 | 19.4000 | $1,513.20 | 1,485.80 | $27,606.02 |
| OVERTIME | | | | 1.10 | $31.12 |
| HOLIDAY | | | | 50.00 | $923.04 |
| HOL FOAT | | | | 10.00 | $186.80 |
| VACATION | | | | 136.00 | $2,501.03 |
| GIFT RECEIPT | | | | | $21.95 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $1,367.26 |
| **Taxable Benefits** | | | $5.16 | | $118.68 |
| W2 GROUP LIFE | | | $5.16 | | $118.68 |
| **Memo Information** | | | $79.69 | | $1,723.46 |
| 401K/ROTH Match | | | $75.66 | | $1,630.77 |
| ER BASIC LIFE | | | $4.03 | | $92.69 |
| **Pre-Tax Deductions** | | | $105.92 | | $2,143.51 |
| 401K% | | | $105.92 | | $2,143.51 |
| **Taxes** | | | $180.25 | | $4,179.80 |
| Fed W/H | | | | | $286.26 |
| FICA EE | | | $94.13 | | $2,032.54 |
| Fed MWT EE | | | $22.01 | | $475.35 |
| GA W/H | | | $64.11 | | $1,385.65 |
| **Post-Tax Deductions** | | | $302.31 | | $5,235.70 |
| 401K LOAN | | | $55.30 | | $1,216.60 |
| OPT CHILD | | | $0.92 | | $20.24 |
| OPT EE LIFE | | | $41.91 | | $922.02 |
| VOL ADD | | | $3.67 | | $80.74 |
| UNITED WAY | | | $5.00 | | $110.00 |
| SAFETY 1 | | | | | $19.99 |
| RECEIPT OFFSET | | | | | $15.00 |
| VB TERM LIFE | | | $73.86 | | $1,600.43 |
| VB ACCIDENT | | | $14.66 | | $307.86 |
| VB CRITICAL ILL | | | $38.36 | | $805.56 |
| VB EE PERKS | | | $68.63 | | $137.26 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $924.72 | | $21,105.28 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $224.72 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Floater Balance: | 0.00 Hours |



Page 1 of 1

https://us61e2.dayforcehcm.com/MyDayforce/u/u8pXc1qWmkqP-xAG8ufdLw/Common/     12/8/2021


...
Page 1 of 1

Case:21-60215-EJC   Doc#:5   Filed:12/13/21   Entered:12/13/21 17:12:11   Page:8 of 8

| | | |
|---|---|---|
| **Employer Name:** | KOYO BEARINGS NORTH AMERICA LLC | |
| **Employer Phone:** | 864-448-5100 | |
| **Employer Address:** | 7 RESEARCH DRIVE GREENVILLE, SC 29607 | |
| **Employee Name:** | Barbara M Clark | |
| **Employee #:** | 3016643 | |
| **Employee Address:** | 1616 Ogeechee Road Sylvania, GA 30467 | |
| **Department:** | QUALITY ASSURANCE - SYL (1194) | |
| **Job Title:** | SPC COORDINATOR | |
| **Pay Date:** | 12/3/2021 | |
| **Pay Period:** | 11/14/2021 - 11/27/2021 | |
| **Deposit Advice #:** | 442557285 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | 19.4000 | |
| **Federal Filing Status:** | Single | |
| **Federal Exemptions:** | 9/$0.00 | |
| **State Filing Status:** | A (GA) | |
| **State Exemptions:** | 2 (GA) | |

| | Current 11/14/2021 - 11/27/2021 | | | YTD As of 11/27/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 73.00 | | $1,416.20 | 1,755.90 | $34,080.49 |
| REGULAR | 63.00 | 19.4000 | $1,222.20 | 1,548.80 | $28,828.22 |
| OVERTIME | | | | 1.10 | $31.12 |
| HOLIDAY | 10.00 | 19.4000 | $194.00 | 60.00 | $1,117.04 |
| HOL FOAT | | | | 10.00 | $186.80 |
| VACATION | | | | 136.00 | $2,501.03 |
| GIFT RECEIPT | | | | | $21.95 |
| ATTENDANCE | | | | | $27.07 |
| SUCCESS SHARE | | | | | $1,367.26 |
| **Taxable Benefits** | | | $5.16 | | $123.84 |
| W2 GROUP LIFE | | | $5.16 | | $123.84 |
| **Memo Information** | | | $74.84 | | $1,798.30 |
| 401K/ROTH Match | | | $70.81 | | $1,701.58 |
| ER BASIC LIFE | | | $4.03 | | $96.72 |
| **Pre-Tax Deductions** | | | $99.13 | | $2,242.64 |
| 401K% | | | $99.13 | | $2,242.64 |
| **Taxes** | | | $167.66 | | $4,347.46 |
| Fed W/H | | | | | $286.26 |
| FICA EE | | | $88.13 | | $2,120.67 |
| Fed MWT EE | | | $20.61 | | $495.96 |
| GA W/H | | | $58.92 | | $1,444.57 |
| **Post-Tax Deductions** | | | $302.31 | | $5,538.01 |
| 401K LOAN | | | $55.30 | | $1,271.90 |
| OPT CHILD | | | $0.92 | | $21.16 |
| OPT EE LIFE | | | $41.91 | | $963.93 |
| VOL ADD | | | $3.67 | | $84.41 |
| UNITED WAY | | | $5.00 | | $115.00 |
| SAFETY 1 | | | | | $19.99 |
| RECEIPT OFFSET | | | | | $15.00 |
| VB TERM LIFE | | | $73.86 | | $1,674.29 |
| VB ACCIDENT | | | $14.66 | | $322.52 |
| VB CRITICAL ILL | | | $38.36 | | $843.92 |
| VB EE PERKS | | | $68.63 | | $205.89 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $847.10 | | $21,952.38 |
| Direct Deposit | 261287633 | XXXX6783 | $600.00 | | |
| Direct Deposit | 256074974 | XXXXXX9090 | $100.00 | | |
| Direct Deposit | 261287633 | XXXXXX3930 | $147.10 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Floater Balance: | 0.00 Hours |



Page 1 of 1

https://us61e2.dayforcehcm.com/MyDayforce/u/u8pXc1qWmkqP-xAG8ufdLw/Common/   12/8/2021